Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Annaliz Loera (State Bar No. 334129)
Annaliz@lebelaw.com
**LEBE LAW, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973

Attorneys for Plaintiff Darryn Lewis,
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryn Lewis, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Kforce, Inc., <br><br> Defendant. | '21CV1375 AJB JLB <br><br> **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT** <br><br> **DEMAND FOR JURY TRIAL** |

CLASS ACTION COMPLAINT

Plaintiff Darryn Lewis, individually and on behalf of others similarly situated, alleges as follows:

## NATURE OF ACTION AND INTRODUCTORY STATEMENT

1. Plaintiff Darryn Lewis ("Plaintiff") brings this putative class action against Defendant Kforce, Inc. ("Defendant"), on behalf of himself individually and a putative class of employees working throughout California.

2. Defendant operates a staffing and recruiting business.

3. Through this action, Plaintiff alleges that Defendant has engaged in a systematic pattern of wage and hour violations under the Fair Labor Standards Act ("FLSA").

4. Plaintiff brings this action based on Defendants' failure to maintain a policy that compensates its employees for all hours worked, including overtime. Many employees were misclassified by Defendant as exempt from overtime. Those misclassified employees earned a salary and were not paid any overtime. Additionally, Defendant have failed to pay hourly aggrieved employees for all overtime hours worked, including off-the-clock work which Defendant required their employees to perform during meal periods.  For example, during the pay period of July 16, 2018 through July 31, 2018, Plaintiff was not paid all overtime earned.  Further, Defendant failed to pay Plaintiff and class members all overtime and double-time wages earned at the correct regular rate because they failed to include commissions and other non-discretionary performance-based pay in the regular rate of pay.

5. Plaintiff brings this lawsuit seeking monetary relief against Defendant on behalf of himself and all others similarly to recover, among other things, unpaid wages and benefits, interest, attorneys' fees, costs and expenses and penalties pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. ("FLSA").

///

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, because this complaint alleges claims under the laws of the United States, specifically the FLSA.

7. The United States District Court for the Southern District of California has personal jurisdiction over Defendant because many of the acts complained of and giving rise to the claims alleged took place in California and in this District.

## THE PARTIES

8. Plaintiff is a citizen of California. Plaintiff was employed by Defendant during the Class Period in California.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant at all times hereinafter mentioned, were and are employers as defined in and subject to the FLSA.

10. Plaintiff is informed and believes, and thereon alleges, that each of said Defendant is in some manner intentionally, negligently or otherwise responsible for the acts, omissions, occurrences and transactions alleged herein.

## COLLECTIVE ACTION ALLEGATIONS

11. Plaintiff brings this action pursuant to the FLSA, 29 U.S.C. § 216(b), on behalf of himself and all similarly situated persons who elect to opt into this action who work or have worked for Defendant as commissioned employees nationwide in the past three (3) years ("the FLSA Class").

12. Defendant is liable under the FLSA for, inter alia, failing to properly compensate Plaintiff and other commissioned employees. There are many similarly situated current and former employees who have not been paid for all hours worked over 40 in a workweek, or received all minimum wages, in violation of the FLSA who would benefit from the issuance of a court-supervised notice regarding the present lawsuit and the opportunity to join it. Those

similarly situated employees are known to Defendants, are readily identifiable, and can be located through Defendants' records, such that notice should be sent to them pursuant to 29 U.S.C. § 216(b).

## FIRST CAUSE OF ACTION
## FAILURE TO PAY OVERTIME WAGES
### (Violation of 29 U.S.C. § 207)

13. Plaintiff realleges and incorporates by reference all other paragraphs as if they were set forth again herein.

14. At all relevant times, Defendant has been an employer and Plaintiff and its employees have been employees under Federal Law entitled to the protections of the FLSA.

15. The foregoing conduct, as alleged, constitutes a violation of 29 U.S.C. § 207, which requires overtime pay for time worked over 40 hours in a week.

16. Although Plaintiff and putative class members periodically worked more than 40 hours in a week, Defendant had a policy and practice of failing and refusing to pay them and other employees overtime and thus violated and continue to violate the above-referenced overtime provisions of the FLSA.

17. Plaintiff and Class Members seeks the amount of the respective unpaid wages owed to them, liquidated damages, attorneys' fees and costs pursuant to 29 U.S.C. §§ 201 et seq. and such other legal and equitable relief as the Court deems just and proper.

18. Plaintiff and class members for all wages earned as alleged above.

///
///
///
///
///

# PRAYER FOR RELIEF

Plaintiff, on his own behalf and on behalf of all others similarly situated, pray for relief and judgment against Defendants, jointly and severally, as follows:

1. For certification of this action as a class action, including certifying the Class and Subclass alleged by Plaintiff;

2. For appointment of Darryn Lewis as the class representative;

3. For appointment of Lebe Law, APLC as class counsel for all purposes;

4. For compensatory damages in an amount according to proof with interest thereon;

5. For economic and/or special damages in an amount according to proof with interest thereon;

6. For any unpaid wages and benefits, interest, attorneys' fees, costs and expenses and penalties pursuant to the FLSA;

7. For liquidated damages pursuant to the FLSA;

8. For reasonable attorneys' fees, costs of suit and interest to the extent permitted by law, including pursuant to the FLSA;

9. For pre-judgment interest; and

10. For such other relief as the Court deems just and proper.

Dated: July 30, 2021            **LEBE LAW, APLC**

By: _____/s/ Jonathan M. Lebe_____
Jonathan M. Lebe
Attorney for Plaintiff Darryn Lewis,
Individually and on behalf of all others
similarly situated

///

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial with respect to all issues triable of right by jury.

Dated: July 30, 2021          **LEBE LAW, APLC**

By: ___/s/ Jonathan M. Lebe___
Jonathan M. Lebe
Attorney for Plaintiff Darryn Lewis,
Individually and on behalf of all others
similarly situated