LEBE LAW, APLC
Jonathan M. Lebe (SBN 284605)
jon@lebelaw.com
Nicolas Tomas (SBN 339752)
nicolas@lebelaw.com
777 S. Alameda Street, Second Floor
Los Angeles, California 90021
Telephone: (213) 444-1973

Attorneys for Plaintiff
DARRYN LEWIS

SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
Claire Y. Chang (SBN 319706)
cchang@seyfarth.com
Isabella D. Reyes (SBN 313115)
ireyes@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KFORCE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryn Lewis, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Kforce Inc.,<br><br>　　　　　　Defendant. | Case No. 3:21-CV-1375-AJB-JLB<br><br>**PARTIES' JOINT MOTION FOR DISMISSAL**<br><br>Courtroom: 4A, Fourth Floor<br>Before Hon. Anthony J. Battaglia<br><br>Complaint Filed: July 30, 2021 |

**JOINT MOTION FOR DISMISSAL**

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Plaintiff Darryn Lewis and Defendant Kforce Inc. ("Parties"), in consideration of a negotiated settlement between the Parties, including an agreement that each party shall bear its own attorneys' fees and costs, hereby stipulate and jointly move the Court for an order dismissing Plaintiff's individual claims with prejudice and his putative collective claims without prejudice as against Defendant Kforce Inc., without any court award of costs or attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(2).

A proposed order is submitted herewith.

DATED: June 8, 2022                              LEBE LAW, APLC

                                                       By:   /s/ *Jonathan Lebe*
                                                               Jonathan M. Lebe
                                                                Nicolas Tomas

                                           Attorneys for Plaintiff
                                           DARRYN LEWIS

                                           SEYFARTH SHAW LLP

DATED: June 8, 2022

                                           By:   /s/ *Justin Curley*
                                                              Justin T. Curley

                                           Attorneys for Defendant
                                           KFORCE INC.

## **ATTESTATION OF SIGNATURES**

I, Justin T. Curley, hereby attest that on June 8, 2022, my office communicated with counsel for Plaintiff at the law firm of Lebe Law, APLC and obtained authorization to enter the conformed signature of counsel for Plaintiff's counsel, Jonathan M. Lebe, in connection with the filing of the foregoing document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this attestation was executed on June 8, 2022.

                                                    /s/ *Justin Curley*
                                                  Justin T. Curley

84177889v.1