UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darryn Lewis, individually and on behalf of all others similarly situated., <br><br>Plaintiffs, <br><br>v. <br><br>Kforce, Inc., <br><br>Defendant. | Case No.: 21CV1375 AJB JLB <br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

Pursuant to the parties' joint motion, the Court dismisses Plaintiff's individual claims with prejudice and his putative collective claims without prejudice as against Defendant Kforce Inc. Each party will bear their own costs and fees.

IT IS SO ORDERED.

Dated: June 15, 2022

Hon. Anthony J. Battaglia
United States District Judge